

ENTERED
06/25/2021

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.: 21-80010 |
| | § | |
| JOHN THOMAS MAXFIELD | § | (Chapter 7) |
| | § | |
| Debtor | § | |

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES AND REAL ESTATE BROKER AND AGENT, KEVIN RILES**
[Related to Docket No. 23]

Came on for consideration, the *Trustee's Application to Employ BK Global Real Estate Services and Real Estate Broker and Agent, Keven Riles* (the "Application"),[2] and the Court having reviewed and considered the Application and found the same to be in the best interest of the Debtor and creditors of the estate, and having found good and sufficient cause to grant the requested relief, the Court hereby FINDS as follows:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2).

B. Venue of this Chapter 7 case and the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

C. Notice of the Application was adequate and proper under the circumstances.

D. BKRES and Listing Agent are disinterested persons within the meaning of Bankruptcy Code Section 101(14).

**ACCORDINGLY**, based upon the foregoing findings of fact, it is therefore

**ORDERED**, that the Application is GRANTED, and it is further

**ORDERED** that the Trustee is herby authorized to enter into the BK Global Co-Listing Agreement and Residential Real Estate Listing Agreement Exclusive Right to Sell attached to the

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

Application under the terms and conditions set forth therein and as described in the Application, and it is further

**ORDERED**, that the Trustee is authorized to retain BKRES and locally-licensed Listing Agent to provide the necessary professional assistance and representation required by the Trustee to fulfill the Trustee's duties pursuant to 11 U.S.C. §704 in order to procure secured creditor's Consent, and otherwise market and sell the Property, in Debtor's Chapter 7 case pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, in accordance with the terms and conditions set forth in the BK Global Co-Listing Agreement and Residential Real Estate Listing Agreement Exclusive Right to Sell which are attached to the Application, and it is further

**ORDERED**, that BKRES and Listing Agent shall not split or otherwise share their fees with any other person or entity, and it is further

**ORDERED**, that BKRES and Listing Agent shall be compensated in accordance with the BK Global Co-Listing Agreement and Residential Real Estate Listing Agreement Exclusive Right to Sell, and it is further

**ORDERED**, that BKRES and Listing Agent shall be authorized to receive and retain their fees from secured creditor at the successful closing of the sale of the Property without necessity of further order of the Court. The estate shall, in no circumstance, be obligated to compensate BKRES or Listing Agent. BKRES and Listing Agent shall not have a claim against the estate for any unpaid amounts. BKRES and Listing Agent, and anyone claiming by, through or under either of them, shall only have recourse for recovering its fee from secured creditor. The estate shall have no liability for any such claim, and it is further

**ORDERED**, that the Trustee is hereby authorized to engage Brokers BKRES and Listing Agent to provide reasonable and necessary property preservation, maintenance, and upkeep services to the subject estate Property to facilitate the sale of the Property for the benefit of the secured creditor(s) and bankruptcy estate, and to reimburse the Brokers in a maximum amount not to exceed $500.00 for the Trustee-approved reasonable, necessary costs and expenses of preserving, or disposing of, the subject Property, without the need for further Order, and it is further

**ORDERED** that Janet S. Northrup, Chapter 7 Trustee, is hereby authorized to execute all documents necessary to carry out the intent of this Order and the Application, and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Signed: June 25, 2021

Jeffrey P. Norman
United States Bankruptcy Judge

4